ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2018-Aug-27 16:53:21
60CV-17-4496
C06D12 : 2 Pages

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### CIVIL DIVISION

STACEY HUDSON and her husband
TRAVIS HUDSON                                                                                          PLAINTIFFS

V.                                    Case No. 60CV-17-4496-12

ALLSTATE INSURANCE COMPANY                                                            DEFENDANT

### DEFENDANT'S MOTION IN LIMINE
### REGARDING TESTIMONY AND REPORT OF TANYA OWEN, PLAINTIFFS' VOCATIONAL EXPERT

Comes defendant, Allstate Insurance Company, and moves in limine to exclude in whole or part, the opinions and report of Tanya Owen, plaintiffs' vocational expert. It attaches hereto a memorandum brief in support of this motion pursuant to Rule 10(c).

                                        Respectfully submitted,

                                        **ANDERSON, MURPHY & HOPKINS, L.L.P.**
                                        400 West Capitol Avenue, Suite 2400
                                        Little Rock, Arkansas 72201
                                        Phone: 501-372-1887
                                        Fax:        501-372-7706
                                        Email:     campbell@amhfirm.com


                                  By: /s/ *Jason J. Campbell*
                                        JASON J. CAMPBELL
                                        BAR NO. 2001119

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been submitted via electronic filing and served by U.S. mail this 27th day of August, 2018, to:

Mr. David S. Mitchell
David S. Mitchell, P.A.
1501 North University Avenue, Suite 219
Little Rock, Arkansas 72207

              */s/ Jason J. Campbell*
              JASON J. CAMPBELL